IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SANDRA M. ESTEP,

      **Plaintiff,**　　　　　　　　　　　Case No. 2:14-cv-00006
　　　　　　　　　　　　　　　　　　　　JUDGE GREGORY L. FROST
  v.　　　　　　　　　　　　　　　　　Magistrate Judge Norah McCann King

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of the August 20, 2014 Joint Motion for Remand.  (ECF No. 24.)  The Court **GRANTS** the motion and **REMANDS** the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge shall do the following:

(1) review the claim *de novo*;

(2) determine Plaintiff's maximum residual functional capacity;

(3) provide a rationale with specific references to evidence of record in support of assessed limitations;

(4) re-evaluate the treating and non-treating source opinions, including the opinions of Drs. Rudy, Brown, and Tsalikova, pursuant to the provisions of 20 C.F.R. 416.927 and Social Security Rulings 96-2p and 96-5p;

(5) explain the weight given to the opinion evidence;

(6) determine whether Dr. Tsalikova is a "treating source" under 20 C.F.R. 416.902, and, if he is, assess whether the doctor's opinion is entitled to controlling weight under 20 C.F.R. 416.927(c); and

(7) explain, if Dr. Tsalikova's opinion is not entitled to controlling weight, the weight then given to the opinion.

The Clerk shall enter judgment accordingly and terminate this action on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

    /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE